151 So. 921

GRAND COURT, ORDER OF CALANTHE OF THE STATE OF ALABAMA, et al. v. RISING SONS AND DAUGHTERS OF PROTECTION et al.

6 Div. 286.

Supreme Court of Alabama.
Dec. 1, 1933.

Wm. B. McCollough, of Birmingham, for appellants.

C. B. Powell, of Birmingham, for appellees.

PER CURIAM.
Appeal dismissed for want of prosecution.

154 So. 917

Beattie HARDSOCK, alias, etc., v. STATE.

6 Div. 551.

Supreme Court of Alabama.
May 24, 1934.

PER CURIAM.
Appeal dismissed by appellant.

154 So. 917

Harold HARPER v. Wm. M. WALKER, as Judge of the Circuit Court of Jefferson County.

6 Div. 416.

Supreme Court of Alabama.
April 19, 1934.

Wm. S. Pritchard, of Birmingham, for petitioner.

PER CURIAM.
Dismissed.

154 So. 917

Clarence HIGGINBOTHAM v. STATE.

6 Div. 501.

Supreme Court of Alabama.
May 10, 1934.

PER CURIAM.
Appeal dismissed by appellant.

154 So. 918

Malcom Sarah HOWARD et al. v. Aline F. BOURNE.

1 Div. 819.

Supreme Court of Alabama.
April 26, 1934.

J. G. Bowen, of Mobile, for petitioners.

PER CURIAM.
Petition dismissed.

154 So. 918

J. H. HUDDLESTON v. G. R. FULLER.

5 Div. 177.

Supreme Court of Alabama.
April 12, 1934.

H. T. Burns, of Wedowee, for appellant.
D. T. Ware, of Roanoke, for appellee.

PER CURIAM.
Affirmed on certificate.